KATHYLEEN A. O'BRIEN (CA SBN 94218)
ANDREA HASEGAWA (CA SBN 204379)
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, CA 90013-1024
Telephone: 213.892.5200
Email: kobrien@mofo.com

Attorneys for Plaintiff
E. & J. GALLO WINERY

DAVID M. WOLF (CA SBN 80849)
LAW OFFICES OF DAVID M. WOLF
15301 Ventura Blvd.
Building B, Suite 340
Sherman Oaks, CA 91403
Telephone: 818.386.0729
Email: wolffirm@aol.com

Attorneys for Defendant
BLACKWOOD CANYON VINTNERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLACKWOOD CANYON VINTNERS,<br><br>Defendant. | Case No.   1:05-CV-00786-OWW-LJO<br><br>**STIPULATION AND ORDER FOR CONTINUATION OF HEARING REGARDING DEFENDANTS' MOTIONS TO DISMISS AND THE PARTIES' MANDATORY SCHEDULING CONFERENCE** |

**RECITALS**

1. Defendant Blackwood Canyon Vintners ("Blackwood") served its Motion to Dismiss for Improper Venue and its Motion to Dismiss for Lack of Jurisdiction Over the Person by mail on August 3, 2005, noticing a hearing date of September 12, 2005 for both motions.

2. The Court ordered a mandatory scheduling conference to be held on November 2, 2005 at 8:45 a.m.

2.      For the purposes of exploring settlement and to allow the parties additional time to explore expedited discovery, the parties agree that the hearing should be continued.

3.      For the purposes of conserving the Court and parties' time and resources, the parties further agree that the hearings and mandatory scheduling conference could be heard on the same date.

**STIPULATION**

Accordingly, the Parties hereby agree and stipulate to continue both the hearing for Blackwood's motions and the mandatory scheduling conference to November 7, 2005 at 10:00 a.m.  E.& J. Gallo Winery's oppositions to the motions shall be filed and served on or before October 24, 2005, and Blackwood's replies, if any, shall be filed and served on or before October 31, 2005.

Dated: August 18, 2005        KATHYLEEN A. O'BRIEN
ANDREA B. HASEGAWA
MORRISON & FOERSTER LLP


By: _____
    Kathyleen A. O'Brien
    Attorneys for Plaintiff
    E. & J. GALLO WINERY

Dated: August 18, 2005        DAVID M. WOLF
LAW OFFICES OF DAVID M. WOLF

By: _____
    David M. Wolf
    Attorneys for Defendant

BLACKWOOD CANYON VINTNERS

**IT IS SO ORDERED.**

Dated: __August 25, 2005        __/s/ OLIVER W. WANGER
    Oliver W. Wanger
    United States District Judge