KATHYLEEN A. O'BRIEN (CA SBN 94218)
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, CA  90013-1024
Telephone: 213.892.5200
Email:  kobrien@mofo.com

Attorneys for Plaintiff
E. & J. GALLO WINERY

DAVID M. WOLF (CA SBN 80849)
LAW OFFICES OF DAVID M. WOLF
15301 Ventura Blvd.
Building B, Suite 340
Sherman Oaks, CA  91403
Telephone: 818.386.0795
Email:  wolffirm@aol.com

Attorneys for Defendant
BLACKWOOD CANYON VINTNERS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLACKWOOD CANYON VINTNERS,<br><br>Defendant. | Case No.   1:05-CV-00876-OWW-LJO<br><br>**STIPULATION AND ORDER FOR (1) FURTHER CONTINUATION OF TIME TO RESPOND, (2) CONTINUATION OF HEARING REGARDING DEFENDANT'S MOTIONS TO DISMISS AND (3) CONTINUATION OF MANDATORY SCHEDULING CONFERENCE** |

## RECITALS

1.      Defendant Blackwood Canyon Vintners ("Blackwood") served its Motion to Dismiss for Improper Venue and its Motion to Dismiss for Lack of Jurisdiction Over the Person by mail on August 3, 2005, noticing a hearing date of September 12, 2005 for both motions.

2.       For the purposes of exploring settlement and to allow the parties additional time to explore expedited discovery, the parties stipulated that the time for Plaintiff E. & J. Gallo Winery ("Gallo") to oppose the motions and the hearing date should be continued.

3.       On August, 26, 2005, this Court signed the parties' proposed order and continued both the hearing for Blackwood's motions and the mandatory scheduling conference to November 7, 2005 at 10:00 a.m.  Gallo's oppositions to the motions were to be filed and served on or before October 24, 2005, and Blackwood's replies, if any, were to be filed and served on or before October 31, 2005.

4.       At Gallo's request, counsel for Blackwood, David M. Wolf, agreed to informally provide certain categories of documents and information necessary to test the accuracy of certain claims made by Blackwood with respect to its purported lack of California sales in its motions to dismiss, as well as its substantive trademark claims, prior to the exchange required under Federal Rule of Civil Procedure 26.   To that end, Gallo identified both in writing and orally the documents and information it sought, together with a proposed response date.  Although Gallo has followed up with Blackwood's counsel several times, to date, Blackwood has not produced any of the agreed upon documents or information.

5.       On Friday, October 7, 2005, counsel for Blackwood filed a motion to withdraw his appearance as counsel in this action based, in part, on Blackwood's failure to produce the requested documents.

**STIPULATION**

Because (i) Gallo still needs the requested documents and information in order to test the accuracy of Blackwood's claims and to respond to Blackwood's motions, (ii) Blackwood will need to hire new counsel should the Court agree to Mr. Wolf's request to withdraw, and (iii) for the reasons set forth in the declaration accompanying his motion to withdraw, counsel for Blackwood cannot properly or adequately participate in the Mandatory Scheduling Conference, the parties hereby agree and stipulate to continue the hearing for Blackwood's motions and the Mandatory Scheduling Conference to January 23, 2006 at 10:00 a.m.  E. & J. Gallo Winery's

1    oppositions to the motions shall be filed and served on or before January 9, 2006, and

2    Blackwood's replies, if any, shall be filed and served on or before January 16, 2005.

3

4    Dated:  October 12, 2005                KATHYLEEN A. O'BRIEN
                                            MORRISON & FOERSTER LLP

5

6                                           By:    /S/  Kathyleen A. O'Brien_____
                                                   Kathyleen A. O'Brien
7                                                  Attorneys for Plaintiff
                                                   E. & J. GALLO WINERY
8

9

10   Dated:  October 12, 2005                DAVID M. WOLF
                                            LAW OFFICES OF DAVID M. WOLF
11

12                                          By:    /S/  David M. Wolf_____
                                                   David M. Wolf
13                                                 Attorneys for Defendant

14                                          BLACKWOOD CANYON VINTNERS

15

16

17

18        The Court orders that both the hearing for Blackwood's motions and the Mandatory

19   Scheduling Conference shall be continued to January 23, 2006 at 10:00 a.m.  E.& J. Gallo

20   Winery's oppositions to the motions shall be filed and served on or before January 9, 2006, and

21   Blackwood's replies, if any, shall be filed and served on or before January 16, 2005.

22   **IT IS SO ORDERED.**

23   Dated:  _October 19, 2005__             _/s/ OLIVER W. WANGER_____
                                             Oliver W. Wanger
24                                           United States District Judge

25

26

27

28