**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **E. & J. GALLO WINERY, a California corporation,** )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>**BLACKWOOD CANYON VINTNERS,** )<br>)<br>Defendant.  )<br>)<br>_____ ) | **1:05-cv-00876 OWW LJO**<br><br>**ORDER RE: FAILURE OF DEFENDANT TO APPEAR AT SCHEDULING CONFERENCE** |

The continued scheduling conference in this case was held February 17, 2006.  Plaintiff E. & J. Gallo Winery, a California corporation, appeared by and through its attorney Kathleen O'Brien, Esq.  Defendant Blackwood Canyon Vintners did not appear nor did M. Taylor Moore, general partner of Blackwood Canyon Vintners, a limited partnership.

Attorney David M. Wolf, whose application for withdrawal as counsel of record for Defendant has been conditionally granted by order filed February 1, 2006, did not appear.

The Court ordered the February 1, 2006, order on motion to withdraw as attorneys served on Blackwood Canyon Vintners as well as on attorney David Wolf.  That service by mail was accomplished

1

by the Courtroom Deputy Clerk on February 1, 2006.  A further order setting the scheduling conference for February 17, 2006, at 8:45 a.m. in Courtroom 3 was also served on February 5, 2006, on Blackwood Vintners and on David Wolf.

Under the Local Rules of the United States District Court, Eastern District of California, Rules 83-183(a) it is provided: "A corporation or <u>other entity may appear only by an attorney</u>."

Under the circumstances, no party has provided authority whether a Washington limited partnership meets the definition of "entity" as used in the Local Rules of Court.

By virtue of the failure of the Defendant to communicate in any way with the Court, the failure of Mr. Wolf to communicate with the Court, the failure of the Defendant to comply with the Order to Appear on February 17, 2006, the following order is entered.

IT IS ORDERED that Defendant Blackwood Canyon Vintners and its attorney David M. Wolf shall show cause if any they have, why the pending motions of Defendant should not be stricken and its default entered in this action.

Any papers in opposition to the Order to Show Cause shall be filed by Defendant and/or Mr. Wolf on or before March 6, 2006. Any response by Plaintiff shall be filed by March 13, 2006.  The Order to Show Cause shall be heard on March 20, 2006, at 10:00 a.m. in Courtroom 3.

DATED:  February 17, 2006.

/s/ OLIVER W. WANGER
_____
Oliver W. Wanger
United States District Judge

gallo v. blackwood order