1  KATHYLEEN A. O'BRIEN (CA SBN 94218)
   MORRISON & FOERSTER LLP
2  555 West Fifth Street
   Los Angeles, California  90013-1024
3  Telephone: 213.892.5200
   Facsimile:  213.892.5454
4  E-mail:  kobrien@mofo.com

5  Attorneys for Plaintiff
   E. & J. GALLO WINERY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. & J. GALLO WINERY, a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>BLACKWOOD CANYON VINTNERS,<br><br>        Defendant. | Case No.   1:05-CV-00876-OWW-LJO<br><br>**JUDGMENT OF PERMANENT INJUNCTION** |

   Pursuant to the Order Granting Entry of Default Judgment Against Defendant Blackwood Canyon Vintners entered by this Court on March 24, 2006, the Court hereby issues the following Judgment of Permanent Injunction:

   1.   Defendant BLACKWOOD CANYON VINTNERS ("Defendant"), and its agents, importers, distributors, servants, representatives, successors and assigns, and all other individuals or entities controlling, controlled by or affiliated with, and all those in privity or active concert or participating with Defendant who receive actual notice of this Judgment of Permanent Injunction, are hereby enjoined and restrained immediately from using, attempting to use, or causing to be used including, but not limited to, registering, attempting to register, or causing to be registered, directly or indirectly, any trade name, trademark, or service mark containing the words BLACK

1

la-853031

PDF created with pdfFactory trial version www.pdffactory.com

SWAN, alone or with other words, or any variations thereof, or any other trade name, trademark or service mark confusingly similar thereto.

     2.     Defendant is hereby directed to take actions sufficient to ensure that its agents, servants, employees and attorneys receive actual notice of this Judgment of Permanent Injunction.

Dated: April _24_, 2006                  _/s/  OLIVER W. WANGER_____
                                                  OLIVER W. WANGER
                                                  United States District Court Judge

la-853031

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 555 West Fifth Street, Los Angeles, California  90013-1024.  I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on April 11, 2006, I served a copy of:

**[PROPOSED] JUDGMENT OF PERMANENT INJUNCTION**

- ¨ **BY FACSIMILE, [Fed. Rule Civ. Proc. rule 5(b)]** by sending a true copy from Morrison & Foerster LLP's facsimile transmission telephone number 213.892.5454 to the fax number(s) set forth below, or as stated on the attached service list.  The transmission was reported as complete and without error.  The transmission report was properly issued by the transmitting facsimile machine.

  I am readily familiar with Morrison & Foerster LLP's practice for sending facsimile transmissions, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be transmitted by facsimile on the same date that it (they) is (are) placed at Morrison & Foerster LLP for transmission.

- ý **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 555 West Fifth Street, Los Angeles, California  90013-1024 in accordance with Morrison & Foerster LLP's ordinary business practices.

  I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

- ¨ **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by _____, at 555 West Fifth Street, Los Angeles, California  90013-1024 in accordance with Morrison & Foerster LLP's ordinary business practices.

  I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by _____ or delivered to an authorized courier or driver authorized by _____ to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

Certificate of Service

la-853031

PDF created with pdfFactory trial version www.pdffactory.com

··  **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be taken from Morrison & Foerster LLP's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Morrison & Foerster LLP's mailroom.

··  **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)(2)(a)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

Blackwood Canyon Vintners
c/o M. Taylor Moore
53258 N. Sunset Road NE
Benton City, WA 99320

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, California, this 11th day of April, 2006.

| Jean Neeladanuvongs | /S/ Jean Neeladanuvongs |
|---|---|
| (typed) | (signature) |

Certificate of Service    2

la-853031

PDF created with pdfFactory trial version www.pdffactory.com